DAVID S. VAN WICKLEN, Respondent, *v.* ELIZABETH VAN
WICKLEN, Appellant.

*Van Wicklen* v. *Van Wick en*, 152 App. Div. 912, modified.
(Submitted March 16, 1914; decided March 31, 1914.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the second judicial department,
entered September 20, 1912, affirming a judgment in
favor of plaintiff entered upon a verdict in an action by
plaintiff to recover his share of the rentals derived from
certain premises of which he and the defendant were
owners as tenants in common.

*James A. Sheehan* for appellant.

*Rufus O. Catlin* and *William Wills* for respondent.

Judgment modified, without costs in this court, so as to strike out the provision for interest therein, and as modified affirmed; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, CUDDEBACK, MILLER and CARDOZO, JJ.